No. 96–903. ARKANSAS TERM LIMITS ET AL. *v.* DONOVAN; and No. 96–919. ARKANSAS *v.* DONOVAN ET AL. Sup. Ct. Ark. Certiorari denied. Reported below: 326 Ark. 353, 931 S. W. 2d 119.

No. 96–905. CITY OF TULSA *v.* SPRADLING ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–906. LOHMAN ET AL. *v.* HAFLEY. C. A. 8th Cir. Certiorari denied.

No. 96–931. GRANTWOOD VILLAGE *v.* MISSOURI PACIFIC RAILROAD CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–946. FORDHAM *v.* MASSACHUSETTS BAR COUNSEL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 96–990. HUDSON ET AL. *v.* DELTA AIR LINES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–991. CHILDREN'S HEALTHCARE IS A LEGAL DUTY, INC., ET AL. *v.* MONTGOMERY, ATTORNEY GENERAL OF OHIO. C. A. 6th Cir. Certiorari denied.

No. 96–992. ALBINO ET AL. *v.* MACHADO ET AL. Sup. Ct. Haw. Certiorari denied.

No. 96–994. BRINE ET AL. *v.* IOWA BOARD OF REGENTS ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–995. CHANCE MANAGEMENT, INC., ET AL. *v.* SOUTH DAKOTA ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–997. JONATHAN WOODNER CO. ET AL. *v.* BREEDEN ET AL. Ct. App. D. C. Certiorari denied.

No. 96–1010. CROSSLEY *v.* LIBERTY BANK & TRUST CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–1014. UNION UNDERWEAR CO., INC. *v.* WILSON. C. A. 1st Cir. Certiorari denied.